# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 21-20831** |
| **John W. Trueblood** : | **Chapter 7** |
| : | **Judge Jeffery A. Deller** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **USAA Federal Savings Bank** : | **Related Document #** |
| **Movant,** : | |
| **vs** : | |
| : | |
| **John W. Trueblood** : | |
| **Holly C. Trueblood** : | |
| : | |
| **Pamela J. Wilson** : | |
| **Respondents.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for USAA Federal Savings Bank, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                 Respectfully submitted,

                                                 /s/ Stephen R. Franks
                                                 Stephen R. Franks, Esquire (0075345)
                                                 Adam B. Hall (323867)
                                                 Sarah E. Barngrover (323972)
                                                 Edward H. Cahill (0088985)
                                                 Manley Deas Kochalski LLC
                                                 P.O. Box 165028
                                                 Columbus, OH  43216-5028
                                                 Telephone: 614-220-5611
                                                 Fax: 614-627-8181
                                                 Attorneys for Creditor
                                                 The case attorney for this file is Stephen R. Franks.
                                                 Contact email is srfranks@manleydeas.com

21-014630_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 21-20831 |
| **John W. Trueblood** | : Chapter 7 |
| | : Judge Jeffery A. Deller |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **USAA Federal Savings Bank** | : Related Document # |
| **Movant,** | : |
| vs | : |
| | : |
| **John W. Trueblood** | : |
| **Holly C. Trueblood** | : |
| | : |
| **Pamela J. Wilson** | : |
| **Respondents.** | |

### CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 13, 2021.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Pamela J. Wilson, Chapter 7 Trustee, pwilson@pjwlaw.net

Kenneth Steidl, Attorney for John W. Trueblood, julie.steidl@steidl-steinberg.com

Service by First-Class Mail:
John W. Trueblood and Holly C. Trueblood, 101 Alame Lakes Rd, Washington, PA 15301

John W. Trueblood and Holly C. Trueblood, 101 Alamae Lakes Rd, Washington, PA 15301

EXECUTED ON: July 13, 2021

By: /s/ Stephen R. Franks
Signature
Stephen R. Franks, Esquire
Typed Name

21-014630_PS

P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
0075345
List Bar I.D. and State of Admission

21-014630_PS