**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **John W. Trueblood** | Social Security number or ITIN   **xxx−xx−0285** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **21−20831−JAD** | |

# Order of Discharge                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John W. Trueblood

<u>8/25/21</u>                                                       **By the court:**   <u>Jeffery A. Deller</u>
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
John W. Trueblood  
    Debtor

Case No. 21-20831-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: admin        Page 1 of 4  
Date Rcvd: Aug 25, 2021        Form ID: 318        Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John W. Trueblood, 101 Alame Lakes Rd, Washington, PA 15301-9137 |
| 15373956 | | AES, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15361009 | + | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15361013 | | Comenity Bank &, Crown Asset Management, LLC, c/o Pressler Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 15361014 | + | Ecmc/louisiana Board O, 111 Washington Avenue South, Minneapolis, MN 55401-2108 |
| 15361017 | + | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15361016 | + | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15361018 | + | Magisterial District Judge 27-3-10, Ethan T. Ward, 200 Buffalo Center Lane, Suite C, Washington, PA 15301-8504 |
| 15373972 | + | Northstar Location Services, Financial Services Department, 4285 Genessee Street, Buffalo, NY 14225-1943 |
| 15361023 | + | Rozner's Refuse, PO Box 1009, Washington, PA 15301-1009 |
| 15361031 | + | Usaa/Dovenmuehle, Attn: Bankruptcy, 9800 Fredericksburg Road, San Antonio, TX 78288-0002 |
| 15361030 | + | Usaa/Dovenmuehle, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 15373987 | | Washington Health Systems, PO Box 16243, Pittsburgh, PA 15242-0243 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 26 2021 03:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2021 23:22:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | Aug 26 2021 03:33:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 15371829 | | EDI: PHINAMERI.COM | Aug 26 2021 03:33:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15361008 | + | EDI: PHINAMERI.COM | Aug 26 2021 03:33:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15361007 | + | EDI: PHINAMERI.COM | Aug 26 2021 03:33:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15373959 | + | EDI: PHINGENESIS | Aug 26 2021 03:33:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 15361010 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 25 2021 23:23:00 | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15361012 | + | EDI: WFNNB.COM | Aug 26 2021 03:33:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15361011 | + | EDI: WFNNB.COM | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 26 2021 03:33:00 | Comenity Bank, Po Box 182789, Columbus, OH 43218-2789 |
| 15373965 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2021 23:23:29 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 15373970 | + | Email/Text: BKRMailOPS@weltman.com | Aug 25 2021 23:22:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15361019 | + | Email/Text: angela.abreu@northwest.com | Aug 25 2021 23:22:00 | Northwest Bank, 100 Liberty St, Warren, PA 16365-2497 |
| 15361020 | + | Email/Text: angela.abreu@northwest.com | Aug 25 2021 23:22:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15361021 | | EDI: PRA.COM | Aug 26 2021 03:33:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15361022 | | EDI: PRA.COM | Aug 26 2021 03:33:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15375526 | | EDI: PENNDEPTREV | Aug 26 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15375526 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2021 23:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15361028 | + | EDI: USAA.COM | Aug 26 2021 03:33:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 15361025 | + | EDI: USAA.COM | Aug 26 2021 03:33:00 | USAA Federal Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |
| 15361027 | + | EDI: USAA.COM | Aug 26 2021 03:33:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 15373982 | | EDI: USAA.COM | Aug 26 2021 03:33:00 | USAA Federal Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-0544 |
| 15361024 | | EDI: USAA.COM | Aug 26 2021 03:33:00 | USAA Federal Savings Bank, Pob 47504, San Antonio, TX 78265 |
| 15361034 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 25 2021 23:23:00 | West Penn Power, PO Box 3615, Akron, OH 44309-3615 |
| 15361033 | | Email/Text: bankruptcy@firstenergycorp.com | Aug 25 2021 23:23:00 | West Penn Power, 800 Cabin Hill Drive, Greensburg, PA 15606-2222 |
| 15361032 | | Email/Text: bankruptcy@firstenergycorp.com | Aug 25 2021 23:23:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | USAA Federal Savings Bank |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15373958 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15373957 | *+ | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15373961 | *+ | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15373960 | *+ | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15373963 | *+ | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15373962 | *+ | Comenity Bank, Po Box 182789, Columbus, OH 43218-2789 |
| 15373964 | * | Comenity Bank &, Crown Asset Management, LLC, c/o Pressler Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |

District/off: 0315-2     User: admin     Page 3 of 4
Date Rcvd: Aug 25, 2021     Form ID: 318     Total Noticed: 37

| ID | Flag | Address |
|---|---|---|
| 15361015 | *+ | Ecmc/louisiana Board O, 111 Washington Avenue South, Minneapolis, MN 55401-2108 |
| 15373966 | *+ | Ecmc/louisiana Board O, 111 Washington Avenue South, Minneapolis, MN 55401-2108 |
| 15373967 | *+ | Ecmc/louisiana Board O, 111 Washington Avenue South, Minneapolis, MN 55401-2108 |
| 15373969 | *+ | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15373968 | *+ | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15373971 | *+ | Magisterial District Judge 27-3-10, Ethan T. Ward, 200 Buffalo Center Lane, Suite C, Washington, PA 15301-8504 |
| 15373973 | *+ | Northwest Bank, 100 Liberty St, Warren, PA 16365-2497 |
| 15373974 | *+ | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15373975 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15373976 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15373977 | *+ | Rozner's Refuse, PO Box 1009, Washington, PA 15301-1009 |
| 15373983 | *+ | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 15373979 | *+ | USAA Federal Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |
| 15361029 | *+ | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 15373981 | *+ | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 15373984 | *+ | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 15361026 | * | USAA Federal Savings Bank, Pob 47504, San Antonio, TX 78265 |
| 15373978 | * | USAA Federal Savings Bank, Pob 47504, San Antonio, TX 78265 |
| 15373980 | * | USAA Federal Savings Bank, Pob 47504, San Antonio, TX 78265 |
| 15373986 | *+ | Usaa/Dovenmuehle, Attn: Bankruptcy, 9800 Fredericksburg Road, San Antonio, TX 78288-0002 |
| 15373985 | *+ | Usaa/Dovenmuehle, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 15373990 | *+ | West Penn Power, PO Box 3615, Akron, OH 44309-3615 |
| 15373989 | * | West Penn Power, 800 Cabin Hill Drive, Greensburg, PA 15606-2222 |
| 15373988 | * | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 1 Undeliverable, 32 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2021        Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Kenneth Steidl | on behalf of Debtor John W. Trueblood julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor USAA Federal Savings Bank mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | pwilson@pjwlaw.net pwilson@ecf.axosfs.com |
| Stephen Russell Franks | on behalf of Creditor USAA Federal Savings Bank amps@manleydeas.com |

District/off: 0315-2 User: admin Page 4 of 4
Date Rcvd: Aug 25, 2021 Form ID: 318 Total Noticed: 37
TOTAL: 5