**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 21-20831 |
| John W. Trueblood | : | Chapter 7 |
| | : | Judge Jeffery A. Deller |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| USAA Federal Savings Bank | : | Date and Time of Hearing |
| Movant, | : | Place of Hearing |
| vs | : | September 14, 2021 at 10:00 a.m. |
| | : | |
| John W. Trueblood | : | |
| | : | Related to Doc. #22 |
| | : | |
| Pamela J. Wilson | : | |
| Respondents. | | |

## ORDER OF COURT

AND NOW, to wit, this __9th__ day of __September__, 20__21__, upon consideration of the Motion for Relief from the Automatic Stay filed by USAA Federal Savings Bank ("Creditor"), it is hereby **ORDERED, ADJUDGED AND DECREED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of Creditor in and to the property located at 101 Alamae Lakes Rd, Washington, PA 15301 and more particularly described in the Mortgage, recorded August 20, 2015, at Instrument Number 201523795.

**IT IS FURTHER ORDERED** that Creditor may take all actions necessary to enforce its rights in the Property under state law. Additionally, the Court orders that the Fed.R.Bankr.P. 4001(a)(3) is waived, this order is effective immediately.

Creditor requests that further compliance with Federal Rule of Bankruptcy Procedure 3002.l be waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

_____ sjk
JEFFERY A. DELLER, JUDGE
UNITED STATES BANKRUPTCY COURT

21-014630_BEW1

CC:

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Pamela J. Wilson, Chapter 7 Trustee, 810 Vermont Avenue, Pittsburgh, PA  15234 (notified by ecf)

Kenneth Steidl, Attorney for Debtor, Steidl & Steinberg, Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA  15219 (notified by ecf)

John W. Trueblood, 101 Alame Lakes Rd, Washington, PA  15301 (notified by regular US Mail)

John W. Trueblood and Holly C. Trueblood, Debtor, 101 Alamae Lakes Rd, Washington, PA  15301 (notified by regular US Mail)

FILED
9/9/21 7:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

21-014630_BEW1

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20831-JAD |
| John W. Trueblood | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 2 |
| Date Rcvd: Sep 09, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John W. Trueblood, 101 Alame Lakes Rd, Washington, PA 15301-9137 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 11, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kenneth Steidl | on behalf of Debtor John W. Trueblood julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor USAA Federal Savings Bank mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | pwilson@pjwlaw.net  pwilson@ecf.axosfs.com |
| Stephen Russell Franks | on behalf of Creditor USAA Federal Savings Bank amps@manleydeas.com |

District/off: 0315-2                              User: bsil                                    Page 2 of 2
Date Rcvd: Sep 09, 2021                    Form ID: pdf900                         Total Noticed: 1
TOTAL: 5